IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PET QUARTERS, INC., et al                                    PLAINTIFFS

v.                          4:04-cv-1528-RSW

THE DEPOSITORY TRUST AND CLEARING CORP.,
THE DEPOSITORY TRUST COMPANY, AND
THE NATIONAL SECURITIES CLEARING CORPORATION               DEFENDANTS

## ORDER

The Plaintiffs' (collectively "Pet Quarters") have filed a Motion for New Trial (doc. #91), asking the Court to revisit its order granting the Defendants' (collectively "Depository Trust") motion to dismiss.  After careful review of each party's arguments, the Court agrees with Depository Trust.  In the Court's opinion, addressing the case on preemption grounds was a threshold jurisdictional issue that negated the need to find personal jurisdiction, the Court correctly and fully analyzed the preemption argument, and allowing leave to amend the complaint would be inappropriate where Pet Quarters has adamantly maintained their claims was entirely on the basis of state law.  While it now suggests it would bring a claim under federal securities law, it had never intimated that in any way prior to dismissing the case, maintaining instead this was a state-law matter.  Therefore, Pet Quarters' motion is **DENIED**.

**IT IS SO ORDERED**, this 16th day of April, 2008.

/s/ Rodney S. Webb
RODNEY S. WEBB, District Judge
United States District Court